IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-mc-00103-MCE-CKD |
| Plaintiff, | **ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (BANK, STOCKS OR BROKERAGE ACCOUNTS)** |
| v. | |
| MICHAEL CAREY CLEMANS, | Criminal Case No.: 2:15-cr-00227-JAM |
| Defendant and Judgment Debtor. | |
| GOLDEN ONE CREDIT UNION (and its Successors and Assignees), | |
| Garnishee. | |

The Court, having carefully reviewed the entire file and the United States' Request for an Order Terminating the Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that:

1. Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Continuing Garnishment (Bank, Stocks or Brokerage Accounts) previously issued against Michael Carey Clemans on June 27, 2019 is hereby TERMINATED, ECF 3; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: July 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE